# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:11CR41 |
| Plaintiff, | : | Magistrate Judge Michael J. Newman |
| -vs- | : | |
| KAREEM J. COOKE, | : | |
| Defendant. | : | |

## ORDER

On October 22, 2012, the Court heard oral argument by telephone with counsel for both sides regarding a request by U.S. Probation to remit Defendant's $2,000.00 fine imposed as part of his sentence. The Court thereafter ordered Probation "to determine how much they believe Defendant can reliably pay towards the fine on a monthly basis." (Doc. 24.) The Court is now in receipt of a responsive memo from US Probation Officer Raynell Adams dated November 28, 2012. In that memo, Mr. Adams makes two recommendations: First, that Defendant be ordered to pay $40.00 per month "towards his financial obligation to the Court if ordered." Second, Mr. Adams recommends "that the previously ordered fine in this case be remitted to allow the Defendant to direct his limited financial resources towards his financial obligations with the Bureau of Motor Vehicles and with his house arrest program fees."

Having been advised by counsel for both sides that there is no objection to this latter recommendation, the Court hereby **ADOPTS** Probation's recommendation that the $2,000.00 fine be **WAIVED** in this case. Defendant's sentence is **MODIFIED** accordingly.

January 10, 2013                                              s/Michael J. Newman
                                                              United States Magistrate Judge

cc: US Probation